# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:07cv176

| | |
|---|---|
| JOSEPH LANNING; and DOROTHY LANNING, ) ) | |
| Plaintiffs, ) ) | |
| Vs. ) ) | ORDER |
| COUNTRYWIDE HOME LOANS, INC., ) ) | |
| Defendant. ) ) | |

**THIS MATTER** is before the court on plaintiffs' Motion for Leave to Serve Ten Additional Interrogatories on Defendant. While plaintiffs have not reflected consultation with opposing counsel as to this motion, LCvR 7.1(A), the court will waive such requirement inasmuch as plaintiffs have stated that their earlier request to opposing counsel for an additional 10 interrogatories has gone unanswered. Having considered plaintiffs' motion and reviewed the pleadings, the court enters the following Order.

# ORDER

**IT IS, THEREFORE, ORDERED** that plaintiffs' Motion for Leave to Serve Ten Additional Interrogatories on Defendant (#8) is **GRANTED,** and plaintiffs are **ALLOWED** to serve upon defendant 10 additional interrogatories.

Signed: August 30, 2007

Dennis L. Howell
United States Magistrate Judge